E-FILED
Wednesday, 17 November, 2004  10:43:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-40006 |
| | ) |
| REVERE LAMAR McGHEE, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO CONTINUE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby states as follows:

1. This matter is currently set for a sentencing hearing on Friday, November 19, 2004.

2. Based upon the current uncertainty as to the applicability of *Blakely* to the sentencing guidelines, the government requests a continuance of the sentencing hearing. The government requests that the sentencing hearing be deferred until after the Supreme Court has decided *United States v. Booker* so that this court may proceed as appropriate in light of that decision. As the Seventh Circuit stated in *United States v. Malik*, little could be gained by resentencing a defendant while legal uncertainty prevails and there would be substantial risk that whatever approach a district court adopts would be disapproved within a few months by the Supreme Court. It appears that the Supreme Court is likely to issue an opinion in *Booker* by mid-December.

4. The undersigned Assistant United States Attorney contacted counsel for the defendant, who indicated that he did not object to the government's request to continue the defendant's

sentencing hearing.

5. This request is not intended for purpose of delay, but in order ensure a just and efficient disposition to the defendant's case.

WHEREFORE, the government respectfully requests that the hearing on the defendant's sentencing hearing be continued.

Respectfully submitted,

Jan Paul Miller
United States Attorney

BY: /s/ Sara Darrow
Sara Darrow
Assistant United States Attorney
1830 Second Avenue, Third Floor
Rock Island, Illinois 61201
Telephone (309) 793-5884

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jack A. Schwartz
1800 3rd Ave
Suite 221
Rock Island, IL 61201

/s/ Sara Darrow
Assistant United States Attorney