E-FILED
Wednesday, 09 February, 2005 11:53:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>REVERE LAMAR MCGHEE,<br><br>Defendant | CASE NO. 04-40006<br><br>FILED<br>FEB 8 2005<br>U.S. CLERK'S OFFICE<br>ROCK ISLAND, ILLINOIS |

## DEFENDANT'S MOTION
## FOR CONTINUANCE

Defendant REVERE LAMAR MCGHEE by his attorney, Jack A. Schwartz, respectfully moves this Court for entry of an Order granting a continuance of the sentencing hearing that is presently set for Friday, February 11, 2005 at 10:00 a.m. in Rock Island, Illinois and in support thereof states as follows:

1. That Defendant is experiencing psychological problems and is filing a Motion for Court Ordered Fitness Examination at the same time this Motions is being filed.

2. In addition, Defendant is filing a Motion to Vacate his plea based in part upon his deteriorating mental condition as well as the recent Supreme Court decision in *Booker.*

WHEREFORE, Defendant REVERE LAMAR MCGHEE requests that this Honorable Court grant this Motion for Continuance to allow Defendant's counsel more time to prepare for these motions.

                            Respectfully submitted,
                            Defendant REVERE LAMAR MCGHEE

By: _____
                            Jack A. Schwartz
                            Attorney for Defendant
                            1800 3rd Avenue, Suite 211
                            Rock Island, Illinois 61201
                            (309) 793-4357
                            (309) 793-9026 FAX

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on _____February 9_____ 20_05_.

By: ☒ U.S. Mail      ☒ FAX
    ☐ Hand Delivered      ☐ Overnight Courier
    ☐ Certified Mail      ☐ Other:

Signature _____