E-FILED
Wednesday, 09 February, 2005  11:54:16 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>REVERE LAMAR MCGHEE,<br><br>　　　　　Defendant | CASE NO. 04-40006-001<br><br>**FILED**<br><br>FEB  8 2005<br><br>U.S. CLERK'S OFFICE<br>ROCK ISLAND, ILLINOIS |

DEFENDANT'S MOTION
TO VACATE PLEA

COMES NOW, Defendant, REVERE LAMAR MCGHEE, by and through his attorney of record, Jack A. Schwartz, of Jack A. Schwartz & Associates and hereby asks for an Order allowing the Defendant to vacate his prior plea of guilty and in support thereof states as follows:

1. On May 14, 2004, Defendant plead guilty to Distribution of Crack Cocaine.

2. At that time, the plea was made subject to mandatory sentencing guidelines.

3. Pursuant to the Supreme Court Decision in *U.S. vs. Booker*, 2005 WL 50108 (1-12-05), the guidelines have been held to be advisory only and not binding on the Court.

4. At the time Defendant entered his plea, it was made in order to obtain a somewhat defined sentence. Without the mandatory guidelines, any sentence the Court might enter is without any limitations on the Court and that is not what the Defendant envisioned.

5. Since entry of the plea, Defendant has been diagnosed by Dr. Eric Ritterhoff as suffering from bi-polar disorder with psychotic tendencies. As a result of this diagnosis, it is not clear whether at the time of his plea he was fit for trial and/or the time he allegedly committed the crime if he was sane.

WHEREFORE, Defendant, Revere Lamar McGhee, Defendant prays this Court enter an Order allowing him to withdraw his guilty plea and to vacate the judgment.

                                      RESPECTFULLY SUBMITTED,
                                      REVERE LAMAR MCGHEE, Defendant

BY: _____
            JACK A. SCHWARTZ
            Attorney for Defendant

JACK A. SCHWARTZ & ASSOCIATES
Attorneys at Law
1800 - 3rd Ave., Suite 211
Rock Island, IL 61201
(309) 793-4357
(309) 793-9026 FAX

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on ___February 9___, 20_05_.

By: ☒ U.S. Mail      ☒ FAX
    ☐ Hand Delivered      ☐ Overnight Courier
    ☐ Certified Mail      ☒ Other: _____

Signature _____