E-FILED
Wednesday, 09 February, 2005 11:55:27 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>REVERE LAMAR MCGHEE,<br><br>Defendant | CASE NO. 04-40006-001<br><br>FILED<br>FEB 8 2005<br>U.S. CLERK'S OFFICE<br>ROCK ISLAND, ILLINOIS |

DEFENDANT'S MOTION
FOR PSYCHOLOGICAL EXAMINATION

COMES NOW, Defendant, REVERE LAMAR MCGHEE, by and through his attorney of record, Jack A. Schwartz, of Jack A. Schwartz & Associates and hereby asks for an order of this Court that Defendant undergo a psychological evaluation to determine fitness and in support thereof states as follows:

1. Defendant been confined at the Mercer County Jail for an extended period of time.

2. Defendant has informed his attorney that he is hearing voices.

3. Since Defense Counsel's last visit, Counsel has been informed that Defendant has been seen by Dr. Eric Ritterhoff and been diagnosed as suffering from bi-polar disorder with psychotic tendencies.

4. As a result, Defense Counsel is unsure whether Defendant is fit to assist in the preparation of his defense or the sentencing in the captioned matter.

WHEREFORE, Defendant, Revere Lamar McGhee, hereby requests an Order of the Court granting his request for a psychological evaluation and the fees for the same be charged against the Government.

RESPECTFULLY SUBMITTED,
REVERE LAMAR MCGHEE, Defendant

BY: _____
JACK A. SCHWARTZ
Attorney for Defendant

JACK A. SCHWARTZ & ASSOCIATES
Attorneys at Law
1800 - 3rd Ave., Suite 211
Rock Island, IL  61201
(309) 793-4357
(309) 793-9026 FAX

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on February 7, 2005.

By:
- [X] U.S. Mail
- [ ] Hand Delivered
- [ ] Certified Mail
- [X] FAX
- [ ] Overnight Courier

Signature: _____