Return Receipt for PSR/Sentencing Rec/Statement of Reasons or Violation Report

**FILED**
MAR 1 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Name: _U.S. v Revere McGhee_

Case Number: _04-40006_

The appeal time having expired and/or the appeal having been concluded, the original sealed

✓ Pre-Sentence Report

✓ Sentencing Recommendation

✓ Statement of Reasons

___ Violation Report

were returned to the Probation Office on _2/1/06_.

Received by: _Mary J. Seaton-Ewers_
U.S. Probation Office

Date: _____

RECEIVED
2006 MAR -6 PM 4: 54
US PROB ROCK ISLAND