FILED
JAN 1 0 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 10 January, 2008 01:01:20 PM
Clerk, U.S. District Court, ILCD

Dear Judge Mihm,

04-40006-01

My name is Revere L McKee, and I was sentenced by you on, 09-16-05, and I'm writing to ask you, could I get new counsel to represent me in filing the motion for the retroactive Amendment. I no longer have the lawyer that I once had when I was going back and forth to court, he's taken hisself off of my case, so I'm writing you to ask could you Appoint me A public Defender for This matter at hand, A public Defender by the name of Jonathan E. Hawley has gotten A hold of me, and he explain to me that he wouldn't be able to Assist me unless you Appoint him or someone out of their office in Peoria, he's out of the public defender's office. So if you could help me out with this matter it would be greatly Appreciated.

Thank you!
Revere L McKee

(Docket NO 04-40006-001)