E-FILED
Wednesday, 26 March, 2008  08:53:27 AM
Clerk, U.S. District Court, ILCD



March 25, 2008

Judge Michael Mimm,

Case No. 04-4006

I am writing to request court appointed counsel. The counsel you previously appointed filed a motion to withdraw from my case, before I was able to fully provide case findings in its entirety. I am requesting court counsel to represent and litigate a Rule 35 Motion.

MAY MY REQUEST PLEASE THE COURT.

Respectfully Submitted,

*Revere L. McGhee*

Revere Lamar McGhee 13267-026
Federal Correction Institution
P.O. Box 1000
Oxford, WI 53952